IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOHN LINDBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:24-cv-00019 |
| | ) | |
| JASON CLENDENION, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 19), which was filed on February 26, 2025. Through the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's motion for an emergency injunction (Doc. No. 13) be denied because he failed to make a persuasive showing that he has a strong likelihood of success on the merits or that he will suffer irreparable harm in the absence of his requested injunctive relief. Plaintiff filed an objection, appearing to argue that the Magistrate Judge misunderstood his requested injunctive relief. (*See* Doc. No. 21). However, Plaintiff's failure to show irreparable harm is fatal to any request for injunctive relief. Accordingly, Plaintiff's objection is overruled. The Court also notes that Defendants have been served and retained counsel. (*See* Doc. No. 20).

Having reviewed the Report and Recommendation and overruled Plaintiff's objection, the Court concludes the Report and Recommendation should be adopted and approved. Accordingly, Plaintiff's motion for an emergency injunction (Doc. No. 13) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE